**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

J. GUADALUPE NINO ESCOBEDO,

Petitioner,

v. No. 1:26-cv-03264-KG-SCY

MARY DE ANDA-YBARRA, et al.,

Respondents.

**ORDER TO SUPPLEMENT THE RECORD**

Petitioner, appearing *pro se*, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on September 30, 2026. Doc. 1. Petitioner's briefing provides limited factual detail concerning the circumstances of his detention. *See generally* Doc. 1. Respondents filed a Response on November 4, 2026; Respondents do not state whether they oppose the Petition nor do they provide any legal or factual support for their contention that the Court should order a bond hearing should the Court agree with Petitioner. Doc. 7. As a result, the Court cannot determine whether relief is warranted.

The Court therefore orders Respondents to file supplemental briefing by 5pm MST on Monday, November 9, 2026, providing at a minimum the following information:

- What statutory authority Petitioner is detained under;
- Whether Petitioner is subject to a final order of removal;
- Respondents' position, i.e., whether they oppose the Petition. Respondents must include factual and legal support for their position.

Petitioner is welcome to file a reply, if needed, by Monday, November 16, 2026. The Court will mail a copy of this Order to the Torrance County Detention Facility, where Petitioner is detained.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.